(52 Misc. Rep. 657)

### GUIDETTI v. TUOTI et al.

(Supreme Court, Appellate Term. February 4, 1907.)

BROKERS—COMPENSATION—RECOVERY OF COMMISSIONS PAID.

    Where brokers who procured the sale of land secretly obtained an interest in the transaction hostile to their principal, he was entitled to recover the commissions paid them.

    [Ed. Note.—For cases in point, see Cent. Dig. vol. 8, Brokers, §§ 48, 50.]

Appeal from Municipal Court, Borough of Manhattan, Second District.

Action by Raffaele Guidetti against Guiseppi Tuoti and Albert Bach, copartners doing business under the firm name and style of G. Tuoti & Co. From a judgment for plaintiff, defendants appeal. Affirmed.

Argued before GILDERSLEEVE, BLANCHARD, and DAYTON, JJ.

Morris H. Hayman, for appellants.
Hitchings & Palliser, for respondent.

PER CURIAM. This is an action to recover from the defendants $500 which the plaintiff paid them for services as brokers in selling for him a half interest in certain real estate. Although the evidence does not satisfactorily show that the plaintiff would have received more for his property, had he dealt directly with the parties to whom the defendants eventually caused part of the plaintiff's property to be conveyed, it nevertheless shows that the defendants secretly obtained an interest in the transaction which was hostile to that of their principal. The judgment herein, which in effect directs the return of the commission which the defendants received as agents for the plaintiff, is affirmed, with costs.

Judgment affirmed, with costs.